UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

NIJA LAMOURT

                        Plaintiff,

-against-

TICE ASSOCIATES, INC.

                        Defendant.

------------------------------------------------------------

08 CV 3541 (HB)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients, (the defendant not having appeared) that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party. Any claims of any putative class members are dismissed without prejudice.

_____
Adam J. Fishbein, P.C. (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
483 Chestnut Street
Cedarhurst, New York 11516
516-791-4400

SO ORDERED:

_____ 7/1/08
U.S.D.J.

*The Clerk of the Court is instructed to close this case and remove it from my docket.*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 7-1-08